[No. 20710-2-III. Division Three. December 12, 2002.]

*In the Matter of the Marriage of* JONATHAN LEWIS HIEBERT, *Respondent*, and BROOKE ANN HIEBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-3-02121-4, Kathleen M. O'Connor, J., entered December 3, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20915-6-III. Division Three. December 12, 2002.]

SHARON SUE BRINKMEYER, *Appellant*, v. LEMASTER AND DANIELS, P.L.L.C., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-05892-1, Ellen K. Clark, J., entered January 29, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Kurtz, J.

[Nos. 23249-9-II; 23872-1-II. Division Two. December 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD KEITH JOHNSON, *Appellant*.

*In the Matter of the Personal Restraint of* RONALD KEITH JOHNSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00919-9, Frederick B. Hayes, J., entered April 1, 1998, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 25898-6-II. Division Two. December 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DEAN LOWERY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00783-7, H. John Hall, J., entered May 5, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.